**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RICHARD OLIVEIRA, Plaintiff | * | |
| v. | * | C.A. No. 06 340 |
| NARRAGANSETT COUNCIL, BOY SCOUTS OF AMERICA & BOY SCOUTS OF AMERICA, Defendant | * | |

**ASSENTED-TO MOTION TO EXTEND TIME WITHIN WHICH TO RESPOND TO COMPLAINT**

Now comes Narragansett Council, Boy Scouts of America & Boy Scouts of America and hereby requests additional time up to and including October 25, 2006 within which to answer or otherwise respond to the Complaint.

The undersigned represents that all parties concerned with this motion have consented to the time period requested.

Respectfully Submitted,

Thomas J. McAndrew & Associates

/s/ Thomas J. McAndrew_______________

Thomas J. McAndrew, Esq. (#1001)
Thomas J. McAndrew & Associates
One Turks Head Place, Suite 205
(401) 455-0350 Tel
(401) 455-0882 Fax

**CERTIFICATION**

I, the undersigned, do hereby certify that on the 3rd day of October 2006 I delivered a true and accurate copy of the within motion via ECF to the following:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

/s/ Thomas J. McAndrew_______________