**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

******************************
RICHARD OLIVEIRA *
*
VS. * C.A. 06 340 ML
*
NARRAGANSETT COUNCIL, *
BOY SCOUTS OF AMERICA & *
BOY SCOUTS OF AMERICA *
******************************

**<u>RULE 16 STATEMENT OF DEFENDANTS</u>**

## I. INTRODUCTION

From a jurisdictional point of view, the Boy Scouts of America and Boy Scouts of America are not, and should not be, a defendant to this proceeding. To the extent that the Plaintiff has a claim, it is solely against the Narragansett Council and appropriate motions will be filed in due course.

## II. FACTUAL BACKGROUND

The Plaintiff's active employment began some time on or about August 4, 1997. He was tasked to perform various duties and functions and evaluated in accordance with same. Because of an unsatisfactory performance evaluation in 2003, he was put on a Performance Improvement Plan from January through March of 2004. In addition, he was counseled in 2004 with respect to his failure to achieve his employer's 2004 Critical Achievements. Because the Plaintiff did not fulfill his duties and responsibilities in the manner expected by his employer, he was informed that his services would not be

retained because of his unsatisfactory performance and that the Narragansett Council would terminate his services as of December 31, 2004. The Plaintiff was given an opportunity to resign and a modest severance, but he declined and, therefore, was terminated on December 31, 2004. At no time did age play a factor in the decision to terminate.

## III. CASE PROCESSING MATTERS

There have been no discussions of settlement at this point.

BOY SCOUTS OF AMERICA

Respectfully Submitted
By its attorney,

/s/ Thomas J. McAndrew
Thomas J. McAndrew, Esq. (#1001)
Thomas J. McAndrew & Associates
One Turks Head Place, Suite 205
Providence, RI 02903
(401) 455-0350 Tel
(401) 455-0882 Fax
tmcandrew@tjmcandrewlaw.com

## CERTIFICATION

I, the undersigned, do hereby attest that a true and accurate copy of the foregoing Rule 16 Statement of Defendants was served via ECF system on counsel for Plaintiff, Stephen T. Fanning, at stephenfanning@msn.com.

/s/ Thomas J. McAndrew