UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RICHARD OLIVEIRA,
Plaintiff

C.A. No. 06-340-ML

v.

NARRAGANSETT COUNCIL, BOY SCOUTS OF AMERICA & BOY SCOUTS OF AMERICA
Defendants

**STIPULATION OF WITHDRAWAL OF COMPLAINT AS TO BOY SCOUTS OF AMERICA**

The undersigned Parties hereby stipulate and agree, with the approval of the Court, that the Plaintiff may withdraw, with prejudice, his Complaint with respect to Defendant Boy Scouts of America, only, each side to bear its own fees and costs.

Respectfully Submitted,
For the Plaintiff
Richard Oliveira
By his Attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 (FAX)

For the Defendants
Narragansett Council,
Boy Scouts of America & Boy Scouts of America
By their Attorney

/s/ Thomas J. McAndrew
Thomas J. McAndrew
One Turks Head Place, Suite 205
Providence, RI 02903
401-455-0350
401-455-0882

Certification

I hereby certify that a true copy of the above was served on counsel for the Defendants, Thomas McAndrew by electronic mail on this 3rd day on January 2007.

/s/ Stephen T. Fanning