**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RICHARD OLIVEIRA** | : | |
| **vs.** | : | **C.A. No. PC 06-340ML** |
| **NARRAGANSETT COUNCIL, BOY SCOUTS OF AMERICA** | : | |

**<u>DEFENDANT'S MOTION TO COMPEL FURTHER RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS</u>**

Defendant, Narragansett Council, Boy Scouts of America, hereby moves to compel Plaintiff, Richard Oliveira, to provide further responses to Defendant's Request for Production of Documents within twenty (20) days.

**Request No. 2:** All documents, communications, and electronically stored information pertaining to the Defendant's failure to take action to insure that the work environment is free of ageist attitudes and actions to inform employees of their right to a nondiscriminatory workplace.

**Response No. 2:** [No response provided.]

**Response Sought:** Defendant seeks production of the requested documents.

**Request No. 7:** All documents, communications, and electronically stored information pertaining to your job description while in the Defendant's employ.

**Response No. 7:** The Plaintiff responds in part: "Any other documents regarding the

Plaintiff's job description would likely be in the custody and control of the Defendant..."

**Response Sought:** The fact that certain requested documents would likely be in the custody and control of the Defendant is not relevant to Plaintiff's obligation to produce and identify those documents which are responsive to this request. Defendant seeks production of the requested documents.

**Request No. 8:** All documents, communications, and electronically stored information pertaining to discriminatory terms and conditions of employment as alleged in paragraphs 35, 44, 45, and 50 of the Complaint.

**Response No. 8:** "All responsive documents in Plaintiff's possession, custody or control, have been attached."

**Response Sought:** Plaintiff has the obligation to identify which of the documents provided are responsive to this particular request. Defendant seeks identification of the requested documents.

**Request No. 9:** All documents, communications, and electronically stored information pertaining to your assertion of your right to a work environment free from discrimination based on age while in the Defendant's employ.

**Response No. 9:** "All responsive documents in Plaintiff's possession, custody or control, have been attached."

**Response Sought:** Plaintiff has the obligation to identify which of the documents provided are responsive to this particular request. Defendant seeks identification of the requested documents.

**Request No. 10:** All documents, communications, and electronically stored information pertaining to retaliation against you as a result of your assertion of your right to a work environment free from discrimination based on age.

**Response No. 10:** "All responsive documents in Plaintiff's possession, custody or control, have been attached."

**Response Sought:** Plaintiff has the obligation to identify which of the documents provided are responsive to this particular request. Defendant seeks identification of the requested documents.

**Request No. 11:** All documents, communications, and electronically stored information pertaining to the Defendant's purposely evaluating older workers more strictly or in a negative fashion in an attempt to coerce their resignation.

**Response No. 11:** "All responsive documents in Plaintiff's possession, custody or control, have been attached."

**Response Sought:** Plaintiff has the obligation to identify which of the documents provided are responsive to this particular request. Defendant seeks identification of the requested documents.

**Request No. 12:** All documents, communications, and electronically stored information pertaining to the Defendant's failure to equally consider older workers for transfers or promotions.

**Response No. 12:** "All responsive documents in Plaintiff's possession, custody or control, have been attached."

**Response Sought:** Plaintiff has the obligation to identify which of the documents provided are responsive to this particular request. Defendant seeks identification of the requested documents.

**Request No. 16:** All documents, communications, and electronically stored information pertaining to your relationship with and support of volunteers.

**Response No. 16:** **"**Plaintiff has attached all responsive documents."

**Response Sought:** Plaintiff has the obligation to identify which of the documents provided are responsive to this particular request. Defendant seeks identification of the requested documents.

**Request No. 17:** All documents, communications, and electronically stored information pertaining to your relationship with co-workers and supervisors, including Steve Farrell, Jerry Sanders, Tom Hogsten, Fred Barberos, and Chris Rooney.

**Response No. 17:** [No response provided.]

**Requested Response:** Defendant seeks production of the requested documents.

**Request No. 18:** All documents, communications, and electronically stored information pertaining to your achievement of job related goals, including membership projections.

**Response No. 18:** "All responsive documents have been attached."

**Requested Response:** Plaintiff has the obligation to identify which of the documents provided are responsive to this particular request. Defendant seeks identification of the requested documents.

**Request No. 21:** All documents, communications, and electronically stored information pertaining to the termination of your employment with the Defendant.

**Response No. 21:** "All responsive documents have been attached."

**Requested Response:** Plaintiff has the obligation to identify which of the documents provided are responsive to this particular request. Defendant seeks identification of the requested documents.

**Request No. 23:** All documents, communications, and electronically stored information pertaining to your suffering physical and emotional injury and harm to your personal and professional reputation.

**Response No. 23:** [No response provided.]

**Requested Response:** Defendant seeks production of the requested documents.

Respectfully Submitted,

Thomas J. McAndrew & Associates

/s/ Thomas J. McAndrew
Thomas J. McAndrew, Esq. (#1001)
One Turks Head Place, Suite 205
Providence, RI 02903
Tel: (401) 455-0350
Fax: (401) 455-0882

**CERTIFICATION**

I hereby certify that I electronically filed the within Motion on June 25, 2007. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Stephen T. Fanning, Esq.
305 South Main Street
Providence, R.I. 02903

/s/ Thomas J. McAndrew