**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RICHARD OLIVEIRA** | : | |
| **vs.** | : | **C.A. No. PC 06-340ML** |
| **NARRAGANSETT COUNCIL, BOY SCOUTS OF AMERICA** | : | |

**MOTION TO EXTEND DISCOVERY PERIOD**

Now comes Defendant, through its counsel, and hereby moves this Court for an Order enlarging the pre-trial factual discovery deadline to August 28, 2007 and all other deadlines in the pre-trial order an additional sixty (60) days. As reasons therefore, Defendant states that Plaintiff has not responded to numerous inquiries regarding the inadequacy of the production of documents and responses to interrogatories, which are now subject to a separate motion to compel.

Defendant further represents that after Plaintiff complies with discovery and Defendant has an opportunity to take the deposition of the Plaintiff (and possibly others) that it will be in an appropriate position to engage in meaningful settlement negotiations. Defendant represents that it has contacted Plaintiff's counsel's office on numerous occasions to seek Assent to this motion but has not been able to speak directly to Plaintiff's counsel.

WHERETOFORE, Defendant, respectfully requests that the Court enter an order extending fact discovery through August 28, 2007.

Respectfully Submitted,

Thomas J. McAndrew & Associates

/s/ Thomas J. McAndrew________________

Thomas J. McAndrew, Esq. (#1001)
Thomas J. McAndrew & Associates
One Turks Head Place, Suite 205
(401) 455-0350 Tel
(401) 455-0882 Fax

**CERTIFICATION**

I hereby certify that I electronically filed the within Motion on June 25, 2007. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Stephen T. Fanning, Esq.
305 South Main Street
Providence, R.I. 02903

/s/ Thomas J. McAndrew________________