UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD OLIVEIRA | : | |
| | : | |
| v. | : | C.A. No. 06-340ML |
| | : | |
| NARRAGANSETT COUNCIL, BOY SCOUTS OF AMERICA | : | |

**MEMORANDUM AND ORDER**

Defendant has filed two Motions to Compel (Document Nos. 12 and 13) which have been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR Cv 72. The Motions are directed at thirteen interrogatories and twelve document requests. The Motions do not contain the good faith certification required by Fed. R. Civ. P. 37. In particular, Fed. R. Civ. P. 37(a)(2)(B) provides that a motion to compel "must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action." In fact, the Motions contain no indication whatsoever that Defendant's counsel conferred with Plaintiff's counsel regarding the disputed responses.[1] Thus, Defendant's Motions (Document Nos. 12 and 13) are DENIED for failure to comply with Fed. R. Civ. P. 37(a)(2)(B).

---

[1] Plaintiff's counsel is directed to promptly confer with Defendant's counsel regarding the issues raised in Defendant's Motions to Compel in a good faith effort to resolve these disputes. If items remain in dispute thereafter, Defendant may refile its Motion in compliance with Fed. R. Civ. P. 37.

Also referred to me for determination is Defendant's Motion to Extend the fact discovery deadline by sixty days to August 28, 2007. Defendant's Motion to Extend (Document No. 14) is GRANTED.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
June 28, 2007