**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RICHARD OLIVEIRA** | : | |
| **vs.** | : | **C.A. No. PC 06-340ML** |
| **NARRAGANSETT COUNCIL, BOY SCOUTS OF AMERICA** | : | |

**ASSENTED-TO MOTION TO EXTEND DISCOVERY PERIOD**

Now comes Defendant, through its counsel, and hereby moves this Court for an Order enlarging the pre-trial factual discovery deadline to October 28, 2007 and all other deadlines in the pre-trial order an additional sixty (60) days. As reasons therefore, Defendant states that Plaintiff has not responded to numerous inquiries regarding the inadequacy of the production of documents and responses to interrogatories.

Defendant's counsel represents that he had a conference call with Plaintiff's counsel on July 5, 2007 at which time Plaintiff's counsel agreed to supplement interrogatories and to provide supplemental production of documents by Friday, July 13, 2007. Subsequently, Plaintiff's counsel notified Defendant's counsel via voice mail on July 18, 2007 that he was not going to be able to produce the supplemental responses and documents as previously agreed upon on July 5, 2007. Thereafter, Plaintiff's counsel left Defendant's counsel another message that he would supplement discovery as previously agreed upon by Tuesday, July 24, 2007. Subsequent to July 24, 2007, Defendant's counsel contacted Plaintiff's counsel to determine the whereabouts of the previously agreed upon supplemental discovery. At that time, Plaintiff's counsel indicated that he

was having difficulty securing all of the discovery previously agreed upon. Since Plaintiff's supplemental information is necessary before the Plaintiff can be deposed, and further since that data has not been received as of the date of the filing of this Motion, Plaintiff's counsel has agreed to join in this Motion to request an additional sixty (60) days of fact discovery through October 28, 2007.

WHERETOFORE, Defendant, respectfully requests that the Court enter an order extending fact discovery through October 28, 2007.

Respectfully Submitted,

Thomas J. McAndrew & Associates

/s/ Thomas J. McAndrew_______________
Thomas J. McAndrew, Esq. (#1001)
Thomas J. McAndrew & Associates
One Turks Head Place, Suite 205
(401) 455-0350 Tel
(401) 455-0882 Fax

## CERTIFICATION

I hereby certify that I electronically filed the within Motion on August 13, 2007. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Stephen T. Fanning, Esq.
305 South Main Street
Providence, R.I. 02903

/s/ Thomas J. McAndrew