**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RICHARD OLIVEIRA** | : | |
| **vs.** | : | **C.A. No. 1:06-340ML** |
| **NARRAGANSETT COUNCIL, BOY SCOUTS OF AMERICA** | : | |

**DISMISSAL STIPULATION**

Now comes the Defendant, Narragansett Council, Boy Scouts of America, through its attorney, Thomas J. McAndrew & Associates, and hereby moves, with the assent of Richard Oliveira, through his attorney, Stephen T. Fanning, that the above-noted matter be dismissed with prejudice.

Plaintiff,
By its attorney,

/s/ Thomas J. McAndrew
Thomas J. McAndrew, Esq. (#1001)
Thomas J. McAndrew & Associates
One Turks Head Place, Suite 205
Providence, RI 02903
Tel: (401) 455-0350
Fax: (401) 455-0882

Defendant,
By his attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning, Esq. (#3900)
305 Main Street
Providence, RI 02903
Tel: (401) 272-8250
Fax: (401) 272-4250

Dated: February 1, 2008